IN THE SUPREME COURT OF THE STATE OF NEVADA

RAYMOND TYRONE DAVIS,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 81181

FILED

MAY 28 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for own recognizance release based on the changed circumstances brought about by the COVID-19 crisis. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

The court's review of this appeal reveals a jurisdictional defect. Specifically, no statute or court rule provides for an appeal from a district court order denying a motion for own recognizance release based on the changed circumstances brought about by the COVID-19 crisis. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.        _____, J.
Stiglich                                Silver

20-20102

cc: Hon. Jacqueline M. Bluth, District Judge
Raymond Tyrone Davis
Mueller & Associates
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A